IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ALLEN ROMO,<br><br>Defendant. | Case No. CR-15-115-BLG-SPW<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

Upon Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 58) and pursuant to Title 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good causing appearing,

IT IS HEREBY ORDERED that Defendant's motion is **GRANTED**. Robert Allen Romo's term of supervised release is terminated as of the date of this order.

DATED this 29th day of March, 2024.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE